# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: jlecky | Date Created: 12/8/2009 |
| Case: 1−09−47566−dem | Form ID: 262 | Total: 19 |

**Recipients of Notice of Electronic Filing:**
tr      Alan Nisselson      anisselson@windelsmarx.com, theston@windelsmarx.com, n159@ecfcbis.com, vgupte@windelsmarx.com
aty      Kevin B Zazzera      kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Michael Cardella      305 B Tysens Lane      Staten Island, NY 10306
smg      NYS Department of Taxation &Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      NYC Department of Finance      345 Adams Street, 3rd Floor      Attn: Legal Affairs − Devora Cohn      Brooklyn, NY 11201
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      Diana Adams      Office of the United States Trustee      271 Cadman Plaza East      Brooklyn, NY 11201
6352850      American Express      P.O Box 1270      Newark, NJ 07101
6352851      Capital One      P.O. Box 5155      Norcross, GA 30091
6352852      Chase      P O Box 15153      Wilmington, DE 19850−5298
6352853      GC Services Limited Partnership      Collection Agency Division      6330 Gulfton      Houston, TX 77081
6352854      HFC      2845 Richmond Avenue      Staten Island, NY 10314
6352855      HSBC Card Services      P.O. Box 17332      Baltimore, MD 21297−1332
6352856      JP Morgan Chase Bank      P O Box 260180      Baton Rouge, LA 70826−0180
6352857      Juniper Card Services      P.O. Box 13337      Philadelphia, PA 19101−3337
6352858      Mercedes−Benz Financial      P O Box 9001680      Louisville, KY 40290−1680
6352859      Nationwide Credit Inc      2015 Vaugh Road NW, Suite 400      Kennesaw, GA 30144−7802
6352860      United Recovery Sysrems      P.O. Box 722929      Houston, TX 77272−2929
6352861      VITAL RECOVERY SERVICES INC      P O BOX 923747      NORCROSS, GA 30010−3747

TOTAL: 17